O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 07-04070-SGL (JCRx)                                          Date:  October 28, 2008

Title:   J.D., a minor, by SAUL DIAZ, her guardian ad litem; FABIOLA DIAZ, an individual; SAUL DIAZ, an individual -v- UNITED STATES OF AMERICA
==========================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | None Present |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                         None present

PROCEEDINGS:   **MINUTE ORDER SETTING ORDER TO SHOW CAUSE (OSC) (IN CHAMBERS)**

     Counsel for plaintiff J.D., a minor, by Saul Diaz, her guardian ad litem, is **ORDERED TO SHOW CAUSE** why sanctions should not be imposed for plaintiff's alleged failure to pay the $562.50 balance reported due and owing for court-appointed mediation services rendered by Court Settlement Officer Terry Bridges in the above-referenced matter.  An OSC hearing is hereby scheduled for Monday, November 17, 2008, at 10:00 a.m., in Courtroom One, and counsel for plaintiff, Mr. Nathaniel J. Friedman, Esq. is **ORDERED** to appear in person.

     Satisfaction of this outstanding balance in advance of the hearing will result in the withdrawal of this OSC and the scheduled hearing will be vacated.

    **IT IS SO ORDERED.**


c:  Terry Bridges, Esq.